UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE E. MERDIA,<br>    Plaintiff,<br>  v.<br>RON DAVIS, et al.,<br>    Defendant(s). | Case No. 18-cv-06433-CRB (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order of dismissal, judgment is entered in favor of defendant(s) and against plaintiff.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: February 14, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE E. MERDIA,<br>Plaintiff,<br>v.<br>RON DAVIS, et al.,<br>Defendants. | Case No. 3:18-cv-06433-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dwayne E. Merdia
2231 N. Hanover Avenue
Fresno, CA 93727

Dated: February 14, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ L. Scott
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER